IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY CURTIS VILA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-24-WKW |
| | ) | [WO] |
| DERRICK CUNNINGHAM, | ) | |
| DARYL D. BAILEY, STEVE | ) | |
| WADLINGTON, STEPHEN | ) | |
| BILLY, LUTHER STRANGE, | ) | |
| GROVER SMITH, RANDY | ) | |
| BROCK, and STEVEN T. | ) | |
| MARSHALL, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Upon consideration of Petitioner Anthony Curtis Vila's *pro se* Motion for Reconsideration and for a Stay of Issuance of the Mandate (Doc. # 33), and *pro se* Summary Motion for Reconsideration and Stay of the Mandate (Doc. # 34), it is ORDERED that the motions are DENIED.

DONE this 11th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE